# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **KAREN E. STANT,** *Executrix of the* *Estate of Genevieve R. Davilman* | § § § § | **PLAINTIFF** |
| **v.** | § § § | **Civil No. 1:26cv22-HSO-BWR** |
| **TURTLE CREEK HOMEOWNERS'** **ASSOCIATION, INC., et al.** | § § § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of May, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE